On review from the Court of Appeals* of a petition for review allowed May 25, and on a motion for summary reversal, or, in the alternative, remand to the Court of Appeals for reconsideration; petitioner on review's alternative motion to remand is allowed; decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for reconsideration September 23, 1993

## STATE OF OREGON,
*Petitioner on Review,*

*v.*

## JOHN WILLIAM ST. JOHN,
*Respondent on Review.*

### (CC 91CR2444; CA A73366; SC S40149)

858 P2d 449

Robert B. Rocklin, Assistant Attorney General, Salem, filed the petition and motion for petitioner on review. With him on the petition and motion were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Peter Gartlan, Deputy Public Defender, Salem, filed a response to the motion for respondent on review.

### MEMORANDUM OPINION

Petitioner on review's alternative motion to remand is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of Oregon Laws 1993, chapter 692.

---

* Appeal from Coos County Circuit Court, Richard L. Barron, Judge. 118 Or App 95, 844 P2d 947 (1993).